NIGHT BOX
FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SEP 30 1997

CARLOS JUENKE
CLERK, USDC / SDFL / MIA

---------------------------------------------------------------x
DOUGLAS LEESE,                                  : Case No. 97-1910-CIV-LENARD
                                                  Magistrate Judge Dube
         Plaintiff,                             :

v.                                              : **NOTICE OF FILING ORIGINAL
                                                  AFFIDAVITS OF ROBERT JOHN**
LADY GRANCHESTER, JAMES SUENSON-                : **LATTON, LADY GRANTCHESTER
TAYLOR, JOHN MOORES, JOHN D.                      JAMES GUNNAR SUENSON-TAYLOR**
NETTLETON, LEONARD WAILING VAN                  : **JOHN MOORES, JOHN DERING
GEEST, NETWORK SECURITY                           NETTLETON AND LEONARD
MANAGEMENT LIMITED, JAMES                       : WALING VAN GEEST**
J. RAPP a/k/a DANIEL PEEL, CHRISTOPHER
MORE, COMMERCIAL DATA SERVICES                  :
LIMITED, WINTER INFORMATION
NETWORK CORP., ACTION                           :
AUTOLINE, INC. d/b/a ACTION
RESEARCH GROUP, BROWN AND                       :
ASSOCIATES, INC., ROBERT BROWN,
ALIST AIR BROWN, and BERMUDA                    :
RESEARCH SERVICES LIMITED,
                                                :
         Defendants.
_____x

COMES NOW Defendants Lady Grantchester, James Gunnar Suenson-Taylor, John Moores, John Dering Nettleton, and Leonard Waling Van Geest by and through their undersigned counsel and hereby file this Notice of Filing Original Affidavits of Robert John Latton, Lady Grantchester, James Gunnar Suenson-Taylor, John Moores, John Dering

Case No. 97-1910-CIV-LENARD
MAGISTRATE JUDGE DUBE

Nettleton and Leonard Waling Van Geest, in support of their Motion to Dismiss or Alternatively, For A More Definite Statement.

Respectfully submitted,

DONOVAN LEISURE NEWTON & IRVINE
30 Rockefeller Plaza
New York, NY 10112
Telephone: 212-632-3000
Facsimile: 212-632-3321

and

BIENSTOCK & CLARK
First Union Financial Center
200 S. Biscayne Boulevard, Suite 3160
Miami, Florida 33131-2367
Telephone: 305-373-1100
Facsimile: 305-358-1226

By:   TERRY S. BIENSTOCK, P.A.
Florida Bar No. 259160
GEORGE R. HINCKLEY, JR.
Florida Bar No. 083097

_Terry S. Bienstock /grh_
Attorneys for Defendants Lady Grantchester,
James Gunnar Suenson-Taylor, John Moores,
John D. Nettleton and Leonard Waling Van Geest

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Filing was mailed to David Jaroslawicz, Esq., 150 William Street, 19th Floor, New York, NY 10038

**Case No. 97-1910-CIV-LENARD**
**MAGISTRATE JUDGE DUBE**

and Isaac M. Jaroslawicz, Esq., Jaroslawicz & Jaros, Esqs., 9540 Collins Avenue, Surfside, Florida 33154, **Attorneys for Douglas Leese;** Ronald P. Ponzoli, Esq., Ponzoli, Wassenberg & Sperkacz, 302 Roland/Continental Plaza, 3250 Mary Street, Suite 302, Miami, Florida 33133 and Roger B. Butcher, Esq., Benitez & Butcher, P.A., 1223 East Concord Street, Orlando, Florida 32803, **Attorneys for Robert Brown and Associates, Inc. and Robert Brown;** Peter Prieto, Esq., Holland & Knight, LLP, 701 Brickell Avenue, Suite 3000, Miami, Florida 33131, **Attorneys for Network Security Management Limited;** William G. Salim, Jr., Moskowitz, Mandell & Salim, P.A., 800 Corporate Drive, Suite 510, Fort Lauderdale, Florida 33334, **Attorneys for Action Autoline, Inc. d/b/a Action Research Group** this __1st__ day of October, 1997.

_____

-3-