FILED BY _____ D.C.

97 OCT 29 PM 1:35

CLERK U.S. DIST. CT.
S.D. OF FLA.-MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 97 - 1910 CIV - LENARD

DOUGLAS LEESE

Plaintiff

-v-

Magistrate Judge: DUBÉ

LADY GRANCHESTER                                         )
JAMES SUENSON-TAYLOR                                     )
JOHN MOORES                                              )
JOHN D. NETTLETON                                        )
LEONARD WAILING VAN GEEST                                )
NETWORK SECURITY MANAGEMENT LIMITED                      )
JAMES J RAPP aka DANIEL PEEL                             )
CHRISTOPHER MORE                                         )  COMPLAINT
COMMERCIAL DATE SERVICES LIMITED                         )
WINTER INFORMATION NETWORK CORP                          )
ACTION AUTOLINE INC dba ACTION RESEARCH GROUP            )
BROWN AND ASSOCIATES INC                                 )
ROBERT BROWN                                             )
ALISTAIR BROWN and                                       )
BERMUDA RESEARCH SERVICES LIMITED                        )
_____)

The Defendant, CHRISTOPHER MORE, the Ninth Defendant, is a Private Investigator trading in England, The Ninth Defendants nexus with Florida was a Tourist who maintained a Florida home in that State.

The Ninth Defendant requested a State (and perhaps federally) Licensed Investigator to undertake as a licensed investigator with all the Federal and State constraints implied by that licence an investigation into the Plaintiff. This investigation by Brown was intended to legitimately seek and report information upon the Plaintiff Leese. It was a fact finding empirical investigation within the legal tolerances of Brown's Licence and anticipated his compliance with State and Federal law.

**NON-COMPLIANCE OF S.D. fla. L.R. 5.1 A.1**

A licensed investigator, Brown, was sought by the Defendants to ensure the legality of methods employed.

The usage of information gathered was a matter for the TLO Directors.

The Ninth Defendant denies he has violated RICO 18 USC Statute 1962(o)

The Ninth Defendant denies he has coerced anybody or conspired in coercion.

The Ninth Defendant denies committing wire fraud, mail fraud or any other form of fraud.

The Ninth Defendant denies that the Plaintiff has sustained any loss or damage based upon an unlawful act by him in Florida or in any other Federal State of the USA. The Plaintiff conflates or purports to render concommitent acts of the Ninth Defendant which were, other than as admitted, entirely discrete from the acts of the other Defendants (none being admitted).

The Ninth Defendant repeats and traverses the complaint and denies he is liable for any illegal act, damage or loss sustained by the Plaintiff.

Christoper More in person of:-
Burford Lane Farm
82 Burford Lane
Lymm
Cheshire
WA13 OSJ
ENGLAND

To: The United States District Court
301 North Miami Avenue
Miami
Florida 33128
USA

And to: David Jaroslawicz
Jaroslawicz & Jaros Esqs
150 William Street
19th Floor
New York
New York 10038
USA

Courtesy cc: Isaac M Jaroslawicz
9540 Collins Avenue
Surfside
Florida 33154
USA

C G More Esq<br>
Burford Lane Farm<br>
82 Burford Lane<br>
Lymm<br>
Cheshire<br>
WA13 OSJ

16th October 1997

Carlos Juenke
Clerk of The United Stated District Court
301 North Miami Avenue
Miami
Florida 33128
USA

Dear Sir

***Douglas Lees -v- Christopher More & Ors***
***Case No. 91-1910 CIV-LENARD***

Please find enclosed my Defence for lodging on the court file. I have filed a copy with the Plaintiff's lawyers, Jaroslawicz & Jaros Esqs

Yours faithfully

*[signature]*

**C G More**