UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DOUGLAS LEESE,  )
 )  CASE NO.: 97-1910-CIV LENARD
    Plaintiff,  )  Magistrate Judge Dube
 )
v.  )
 )
LADY GRANCHESTER, JAMES  )
SUENSON-TAYLOR, JOHN MOORES,  )
JOHN D. NETTLETON, LEONARD  )
WAILING VAN GEEST, NETWORK  )
SECURITY MANAGEMENT LIMITED,  )
JAMES J. RAPP a/k/a DANIEL  )
PEEL, CHRISTOPHER MORE,  )
COMMERCIAL DATA SERVICES  )
LIMITED, WINTER INFORMATION  )
NETWORK CORP., ACTION  )
AUTOLINE, INC., d/b/a  )
ACTION RESEARCH GROUP,  )
BROWN AND ASSOCIATES, INC.,  )
ROBERT BROWN, ALISTAIR BROWN,  )
and BERMUDA RESEARCH SERVICES  )
LIMITED,  )
 )
    Defendants.  )
 )
_____)

### ANSWER AND AFFIRMATIVE DEFENSES OF ROBERT BROWN AND BROWN AND ASSOCIATES, INC.

COME NOW the Defendants, ROBERT BROWN and BROWN & ASSOCIATES, INC., by and through undersigned counsel and respond to the Plaintiff's Complaint.

    1. Defendants deny the allegations contained in paragraph one.

    2.    Defendants deny the allegations contained in paragraph two.

    3.    Defendants deny the allegations contained in paragraph

CASE NO.: 97-1910 CIV LENARD

three.

   4.  Defendants deny the allegations contained in paragraph four.

   5.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph five and therefore deny them.

   6.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph six and therefore deny them.

   7.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seven and therefore deny them.

   8.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eight and therefore deny them.

   9.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph nine and therefore deny them.

   10. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph ten and therefore deny them.

   11. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eleven and therefore deny them.

   12. Defendants are without knowledge or information

CASE NO.: 97-1910 CIV LENARD

sufficient to form a belief as to the truth of the allegations contained in paragraph twelve and therefore deny them.

13. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirteen and therefore deny them.

14. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fourteen and therefore deny them.

15. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifteen and therefore deny them.

16. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixteen and therefore deny them.

17. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph seventeen and therefore deny them.

18. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph eighteen and therefore deny them.

19. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph nineteen and therefore deny them.

20. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations

CASE NO.: 97-1910 CIV LENARD

contained in paragraph twenty and therefore deny them.

21. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-one and therefore deny them.

22. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-one and therefore deny them.

23. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-three and therefore deny them.

24. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-four and therefore deny them.

25. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-five and therefore deny them.

26. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-six and therefore deny them.

27. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-seven and therefore deny them.

28. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-eight and therefore deny them.

CASE NO.: 97-1910 CIV LENARD

29. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph twenty-nine and therefore deny them.

30. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty and therefore deny them.

31. Defendants admit the allegations contained in paragraph thirty-one.

32. Defendants admit the allegations contained in paragraph thirty-two.

33. Defendants deny the allegations contained in paragraph thirty-three.

34. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-four and therefore deny them.

35. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-five and therefore deny them.

36. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-six and therefore deny them.

37. Defendants deny the allegations as to Robert Brown and Brown and Associates, Inc. contained in paragraph thirty-seven. As to the remainder of the allegations in the paragraph, all of the

CASE NO.: 97-1910 CIV LENARD

Defendants are lumped together in the allegation and therefore the remainder is denied for lack of knowledge.

38. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-eight and therefore deny them.

39. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph thirty-nine and therefore deny them.

40. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty and therefore deny them.

41. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-one and therefore deny them.

42. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-two and therefore deny them.

43. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-three and therefore deny them.

44. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-four and therefore deny them.

45. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations

CASE NO.: 97-1910 CIV LENARD

contained in paragraph forty-five and therefore deny them.

46. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-six and therefore deny them.

47. Defendants deny the allegations contained in paragraph forty-seven.

48. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph forty-eight and therefore deny them.

49. Defendants deny the allegations contained in paragraph forty-nine.

50. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty and therefore deny them.

51. Defendants deny the allegations contained in paragraph fifty-one.

52. Defendants deny the allegations contained in paragraph fifty-two.

53. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-three and therefore deny them.

54. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-four and therefore deny them.

55. Defendants deny the allegations contained in paragraph

CASE NO.: 97-1910 CIV LENARD

fifty-five.

56. Defendants deny the allegations contained in paragraph fifty-six.

57. Defendants deny the allegations contained in paragraph fifty-seven.

58. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph fifty-eight and therefore deny them.

59. Defendants deny the allegations contained in paragraph fifty-nine.

60. Defendants deny the allegations contained in paragraph sixty.

61. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph sixty-one and therefore deny them.

62. Defendants deny the allegations contained in paragraph sixty-two.

63. Defendants adopt and reaver the responses to the allegations contained in paragraphs one through sixty-two above.

64. Defendants deny the allegations contained in paragraph sixty-four.

65. Defendants deny the allegations contained in paragraph sixty-five.

66. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations

CASE NO.: 97-1910 CIV LENARD

contained in paragraph sixty-six and therefore deny them.

67. Defendants deny the allegations contained in paragraph sixty-seven.

68. Defendants deny the allegations contained in paragraph sixty-eight.

69. Defendants deny the allegations contained in paragraph sixty-eight including all sub-parts (a) through (e) As to sub-part (f), denied for lack of knowledge.

70. Defendants deny the allegations contained in paragraph seventy.

71. Defendants deny the allegations contained in paragraph seventy-one.

72. Defendants deny the allegations contained in paragraph seventy-two.

73. Defendants deny the allegations contained in paragraph seventy-three.

74. Defendants deny the allegations contained in paragraph seventy-four.

75. Defendants deny the allegations contained in paragraph seventy-five.

76. Defendants deny the allegations contained in paragraph seventy-six.

77. Defendants deny the allegations contained in paragraph seventy-seven.

78. Defendants deny the allegations contained in paragraph

CASE NO.: 97-1910 CIV LENARD

seventy-eight.

79. Defendants adopt and reaver their responses to paragraphs one through sixty-two and sixty-four through seventy-eight.

80. Defendants deny the allegations contained in paragraph eighty.

81. Defendants deny the allegations contained in paragraph eighty-one.

82. Defendants deny the allegations contained in paragraph eighty-two.

83. Defendants deny the allegations contained in paragraph eighty-three.

84. Defendants adopt and reaver their responses to the allegations contained in paragraphs one through sixty-two and sixty-four through seventy-eight.

85. Defendants deny the allegations contained in paragraph eighty-five.

86. Defendants deny the allegations contained in paragraph eighty-six.

87. Defendants adopt and reaver their responses to paragraphs one through sixty-two and sixty-four through seventy-eight above.

88. Defendants deny the allegations contained in paragraph eighty-eight.

89. Defendants deny the allegations contained in paragraph eighty-nine.

90. Defendants deny the allegations contained in paragraph

CASE NO.: 97-1910 CIV LENARD

ninety.

91. Defendants deny the allegations contained in paragraph ninety-one.

92. Defendants adopt and reaver the responses to the allegations contained in paragraphs one through sixty-two and sixty-four through seventy-eight above.

93. Defendants deny the allegations contained in paragraph ninety-three.

94. Defendants deny the allegations contained in paragraph ninety-four.

95. Defendants deny the allegations contained in paragraph ninety-five.

96. Defendants adopt and reaver the responses to the allegations contained in paragraphs one through sixty-two and sixty-four through seventy-eight above.

97. Defendants deny the allegations contained in paragraph ninety-seven.

98. Defendants deny the allegations contained in paragraph ninety-eight.

99. Defendants deny the allegations contained in paragraph ninety-nine.

100. Defendants deny the allegations contained in paragraph one hundred.

101. Defendants deny the allegations contained in paragraph one hundred and one.

CASE NO.: 97-1910 CIV LENARD

102. Defendants adopt and reaver the responses to the allegation contained in paragraphs one through sixty-two and sixty-four through seventy-eight above.

103. Defendants deny the allegations contained in paragraph one hundred and three.

104. Defendants deny the allegations contained in paragraph one hundred and four.

105. Defendants deny the allegations contained in paragraph one hundred and five.

106. Defendants deny the allegations contained in paragraph one hundred and six.

107. Defendants deny the allegations contained in paragraph one hundred and seven.

108. Defendants deny each and every other material allegation in the Complaint not admitted.

### FIRST AFFIRMATIVE DEFENSE

109. For its first affirmative defense Defendants state that the Plaintiff has no standing to recover damages on behalf of corporations of which he may have had an interest since the Complaint has not been brought in the name of the corporations. These corporations include but are not limited to Drax Holdings referenced in paragraph fifty-six through sixty.

### SECOND AFFIRMATIVE DEFENSE

110. Plaintiff does not have standing to complain of actions which may have affected other individuals not Plaintiff in this law

CASE NO.: 97-1910 CIV LENARD

suit including a Mr. Dale and a Mr. Guha which are referenced in paragraph sixty-seven of the Complaint and therefore cannot recover.

### THIRD AFFIRMATIVE DEFENSE

111. The Plaintiff has not alleged nor performed conditions precedent to bring an action under Florida Statute § 772 et. seq. therefore, he cannot recover.

### FOURTH AFFIRMATIVE DEFENSE

112. Defendants are entitled to attorney's fees pursuant to Florida Statute § 772.104 and Florida Statute § 772.11 as the claims of the plaintiff against the defendants Brown and Brown and Associates are without substantial fact or legal support.

### FIFTH AFFIRMATIVE DEFENSE

113. There are no allegations contained in the Complaint which would permit piercing the corporate veil of Brown and Associates to reach Mr. Brown, individually. Therefore, the plaintiff cannot recover against Robert Brown, individually.

### SIXTH AFFIRMATIVE DEFENSE

114. There is no right to privacy or reasonable expectation of privacy in telephone numbers dialed in the state of Florida. Therefore, the Plaintiff cannot recover.

### SEVENTH AFFIRMATIVE DEFENSE

115. The defendants have not been alleged to have participated in the operation or management of the "enterprise" alleged under the RICO Counts, both state and federal, and therefore, the

CASE NO.: 97-1910 CIV LENARD

plaintiff cannot recover.

## EIGHTH AFFIRMATIVE DEFENSE

116. The defendants did not "conduct" or lead, run, manage, or direct any part of the alleged "enterprise". Therefore, the Plaintiff cannot recover.

## NINTH AFFIRMATIVE DEFENSE

117. There is no "threat" of continuing racketeering activity under the terms of the Rico Statutes. Therefore, the plaintiff cannot recover.

WHEREFORE, defendants, Brown and Brown and Associates, Inc. move for a dismissal and request entry of judgment in their favor. Further, the defendants request reasonable attorney's fees and such other and further relief as the Court may deem just and proper.

Defendants demand trial by jury.

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to: David Jaroslawicz, Esquire, 150 William Street, 19th Floor, New York, New York 10038 and to Isaac Jaroslawicz, Esquire, 9540 Collins Avenue, Surfside, Florida 33154, Roger B. Butcher, Esquire, Benitez & Butcher, P.A., 1223 East Concord Street, Orlando, Florida 32803, Charles W. Gerdts III, Esquire, Donovan, Leisure, Newton & Irvine, 30 Rockefeller Plaza, New York, New York 10112-3800, Terry S. Bienstock, Esquire & George Hinckley, Jr., Esquire, Bienstock & Clark, 200 South Biscayne Boulevard, Suite 3160, Miami, Florida 33131-2367, Peter

CASE NO.: 97-1910 CIV LENARD

Prieto, Esquire, Holland & Knight LLP, 701 Brickell Avenue, Suite 3000, Miami, Florida 33131, and William G. Salim, Jr., Esquire, Moskowitz, Mandell & Salim, P.A., 800 Corporate Drive, Suite 510, Fort Lauderdale, Florida 33334 on this _19_ day of _February_, 1998.

> PONZOLI, WASSENBERG & SPERKACZ
> 3250 Mary Street
> Suite 302
> Roland/Continental Plaza
> Miami, Florida 33133
>
> By: _____
> RONALD P. PONZOLI
> Fla. Bar No.: 097584